**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DONNIE JOE WATTS, | |
| Plaintiff, | |
| v. | Case No. CIV-14-483-F |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Donnie Joe Watts, and Defendant, Allstate Property and Casualty Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to Plaintiff's dismissal of all claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and cost.

Dated this 15th day of April 2015.

| | |
|---|---|
| s/ T. MATTHEW SMITH | s/ RONALD L. WALKER |
| (Signed by filing attorney with permission of attorney) | RONALD L. WALKER, OBA #9295 |
| | JERRY D. NOBLIN, JR., OBA # 20296 |
| T. MATTHEW SMITH, OBA #20848 | TOMLINSON · RUST · MCKINSTRY · GRABLE |
| HIERSCHE LAW FIRM | Two Leadership Square, Suite 450 |
| The Hightower Building | 211 North Robinson Ave. |
| 105 North Hudson Ave., Ste. 300 | Oklahoma City, OK 73102 |
| Oklahoma City, OK 73102 | Telephone: 405/606-3350 |
| Telephone: 405/235-3123 | Facsimile: 877/917-1559 |
| E-mail: matt@hlfokc.com | E-mail: ronw@trmglaw.com |
| *Attorney for Plaintiffs* | jerryn@trmglaw.com |
| | *Attorneys for Defendant* |